**Order filed, January 21, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00660-CV

———————

**MICHAEL SILBERSTEIN, INDIVIDUALLY, MICHAEL R. SILBERSTEIN, LTD, MAGIC HOMES INVESTMENTS, LTD AND ANNETTE SILBERSTEIN, Appellant**

**V.**

**TRUSTMARK NATIONAL BANK F/K/A REPUBLIC NATIONAL BANK, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-190480**

---

## ORDER

The reporter's record in this case was due **September 15, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Vanessa Owens**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM